

IT IS ORDERED

Date Entered on Docket: February 4, 2015

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**LARRY MONTES and
SUSIE MONTES,**

    Debtors.                                    Case No. 13-10123 j7

## STIPULATED ORDER DENYING DEBTORS' MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF ASSETS PURSUANT TO 11 U.S.C. §554

THIS MATTER is before the Court on the Debtors' Motion to Compel Trustee's Abandonment of Assets filed on October 22, 2014 as docket entry #37. Secured Creditor, Citizen's Bank, filed a response concurring with the request on November 3, 2014 as docket entry #40. The Trustee filed an Objection to the Motion on November 7, 2014 as docket entry #42. The parties having stipulated herein and the Court being fully informed hereby FINDS ORDERS AND DECREES:

- That the Motion to Compel Abandonment of Assets filed by the Debtors on October 22, 2014 is hereby denied.

- The Final Hearing scheduled for February 11, 2015 is hereby vacated.

1

**END OF ORDER**

Respectfully Submitted,

*S/electronically  2.3.15*
R. "Trey" Arvizu, III
Attorney for Debtors
P.O. Box 1479
Las Cruces, NM  88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Moore, Berkson & Gandarilla, P.C.

Counsel for the Chapter 7 Trustee
*Approved via email 2.3.15*
Bonnie B. Gandarilla
George M. Moore
3800 Osuna NE, Suite #2
Albuquerque, NM 87109
(505) 242-1218
Fax: 242-2836
mbglaw@swcp.com

MARTIN, LUTZ, ROGGOW & EUBANKS, P.C.

*Approved via email 2.3.15*
William Lutz
Attorney for Citizen's Bank
P.O. Drawer 1837
Las Cruces, NM  88004-1837
575-526-2449

2

Case 13-10123-j7    Doc 61    Filed 02/04/15    Entered 02/04/15 09:53:47 Page 2 of 2